UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

ANDREINA MONTERO,

    Plaintiff,

v.

LAW OFFICES OF STEPHEN A. SMITH LLC, and STEPHEN A. SMITH,

    Defendants.

Case No. 3:26-cv-00397-MMH-LLL

**BENCH TRIAL DEMANDED**

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)    LAW OFFICES OF STEPHEN A. SMITH LLC
101 UNION ST. E. SUITE 200
JACKSONVILLE, FL 32202

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day of you received it) — or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff and answer ot the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **ANDREINA MONTERO**
    **7182 RED TIMBER RD.**
    **JACKSONVILLE, FL 32204**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 24, 2026

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| ANDREINA MONTERO,<br><br>  Plaintiff,<br><br>v.<br><br>LAW OFFICES OF STEPHEN A. SMITH LLC, and STEPHEN A. SMITH,<br><br>  Defendants. | Case No. 3:26-cv-00397-MMH-LLL<br><br>**BENCH TRIAL DEMANDED** |

### SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)   **STEPHEN A. SMITH**
**101 UNION ST. E. SUITE 200**
**JACKSONVILLE, FL 32202**

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day of you received it) --- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) --- you must serve on the plaintiff and answer ot the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  **ANDREINA MONTERO**
**7182 RED TIMBER RD.**
**JACKSONVILLE, FL 32204**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 24, 2026

_____
Signature of Clerk or Deputy Clerk