**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANDREINA MONTERO,

Plaintiff,

vs. Case No. 3:26-cv-397-MMH-LLL

LAW OFFICES OF STEPHEN A. SMITH, LLC and STEPHEN A. SMITH,

Defendants.
____________________________________/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 54; Motion), filed August 17, 2026. Upon review of the Motion, it appears that Defendants have failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Defendants to file a supplement: (1) certifying that they have conferred with Plaintiff on the Motion, (2) indicating whether Plaintiff agrees on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Defendants are **DIRECTED** to file a supplement to the Motion (Doc. 54) with the requisite Local Rule 3.01(g) Certification on or before **August 21, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of August, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of record

Pro se party